**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>v.<br><br>LEON BENZER, et al.<br><br>        Defendant(s). | 2:13-CV-18 JCM (GWF) |

**ORDER**

Presently before the court is defendant Leon Benzer's motion to reconsider (doc. # 200) the order of Magistrate Judge Foley denying defendant Benzer's motion for appointment of an additional attorney (doc. # 191).

On March 10, 2014, defendant Benzer filed a motion to withdraw the motion to reconsider. (Doc. # 264). The court will grant defendant Benzer's request to withdraw his prior motion.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Leon Benzer's motion to withdraw (doc. # 264) be, and at the same time hereby is, GRANTED.

IT IS FURTHER ORDERED that defendant Leon Benzer's motion to reconsider (doc. # 200) is DENIED as moot.

DATED March 14, 2014.

_____
**UNITED STATES DISTRICT JUDGE**