UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>v.<br><br>LEON BENZER, et al.<br><br>        Defendant(s). | 2:13-CR-18 JCM (GWF) |

**ORDER**

Presently before the court is defendant Leon Benzer's motion for a hearing, (doc. # 235), regarding his motion for the court to reconsider the decision of Magistrate Judge Foley denying defendant Benzer's request for additional counsel. Defendant Benzer has withdrawn his underlying motion to reconsider, (docs. # 264 & 267), rendering the instant motion moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Leon Benzer's motion for a hearing, (doc # 235), be, and the same hereby is, DENIED as moot.

DATED June 26, 2014.

                                                      /s/ James C. Mahan
                                      UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**