UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-cr-00018-JCM-GWF |
| Plaintiff, | |
| v. | **ORDER CONTINUING ENFORCEMENT OF TRIAL SUBPOENAS** |
| LEON BENZER, KEITH GREGORY, CHARLES McCHESNEY, SALVATORE RUVOLO, DAVID BALL, and EDITH GILLESPIE, | |
| Defendants. | |

Based on the government's oral Motion for Continuing Enforcement of Trial Subpoenas, and good cause appearing, the motion is GRANTED.

IT IS HEREBY ORDERED that the trial subpoenas previously served by the government on witnesses reflecting a trial date of October 14, 2014, shall remain in effect and are enforceable with respect to the new trial date of February 23, 2015.

DATED September 16, 2014.

BY THE COURT:

_____
The Honorable James Mahan
United States District Judge

1