# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiffs, | ) Case No. 2:13-cr-00018-JCM-GWF |
| vs. | ) **ORDER** |
| LEON BENZER, *et al.* | ) |
| Defendants. | ) |

This matter is before the Court on Defendant Keith Gregory's Joinder in Defendant Leon Benzer's Motion re: Jury Selection Procedure (Doc. 388) (#411) filed on November 20, 2014.

**IT IS HEREBY ORDERED** that Defendant Keith Gregory's Joinder in Defendant Leon Benzer's Motion re: Jury Selection Procedure (Doc. 388) (#411) is granted.

DATED this 21st day of November, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge