1  DANIEL J. ALBREGTS, ESQ.
   Nevada Bar No. 004435
2  DANIEL J. ALBREGTS, LTD.
   601 S. Tenth Street, Suite 202
3  Las Vegas, Nevada  89101
   Tel:  (702) 474-4004
4  Fax:  (702) 474-0739
   albregts@hotmail.com
5
   *Attorney for Defendant LEON BENZER*
6

7

8                         **UNITED STATES DISTRICT COURT**

9                                **DISTRICT OF NEVADA**

10

11  UNITED STATES OF AMERICA,        )   2:13-cr-0174-JAD-CWH
                                     )
12              Plaintiff,           )
                                     )
13  v.                               )   **STIPULATION TO CONSOLIDATE**
                                     )   **AND TRANSFER THIS CASE WITH**
14  LEON BENZER,                     )   **CASE NUMBER 2:13-cr-18-JCM-GWF**
                                     )   **TO JUDGE MAHAN**
15              Defendant.           )
                                     )

16       **IT IS HEREBY STIPULATED AND AGREED**, by and between William Stellmach,

17  Acting Chief, U.S. Department of Justice, Criminal Division, Fraud Section, and Charles La Bella,

18  Deputy Chief, counsel for the United States of America, and Daniel J. Albregts, Esq., counsel for

19  defendant LEON BENZER, that this case be consolidated with *United States v. Leon Benzer,* case

20  number 2:13-cr-0018-JCM-GWF and that it be transferred to Judge Mahan.  The parties have

21  confirmed that Judge Mahan will accept the tax case.

22       DATED this 21st day of January, 2015.

23  JEFFREY KNOX                                DANIEL J. ALBREGTS, LTD.
    Chief, U.S. Department of Justice
24  Fraud Section, Criminal Division

25
     /s/ Charles La Bella                        /s/ Daniel J. Albregts
26  CHARLES LA BELLA                            DANIEL J. ALBREGTS, ESQ.
    Deputy Chief, U.S. Dept. Of Justice         Counsel for Defendant BENZER
27  Criminal Division, Fraud Section

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-cr-0174-JAD-CWH |
| Plaintiff, ) | |
| v. ) | |
| LEON BENZER, ) | |
| Defendant. ) | |

**ORDER CONSOLIDATING CASES**
**AND TRANSFERRING TO JUDGE MAHAN**

Based upon the attached Stipulation of the parties, and good cause appearing,

**IT IS THEREFORE ORDERED** that the above case captioned *United States v. Leon Benzer*, Case number 2:13-cr-0174-JAD-CWH be consolidated with *United States v. Leon Benzer*, case number 2:13-cr-18-JCM-GWF and transferred to Judge Mahan.

Dated: January 22, 2015.

_____
UNITED STATES DISTRICT JUDGE