UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>LEON BENZER, et al.,<br><br>Defendant(s). | Case No. 2:13-CR-18 JCM (GWF)<br><br>ORDER |

Presently before the court is the case of *United States v. Benzer*, no. 2:13-cr-00018-JCM-GWF-1.  The sentencing hearing for defendant Leon Benzer ("defendant") is currently set for Monday, August 3, 2015, at 10:00 am.  (Doc. # 456).  Due to a conflict in the probation office, the court will vacate the sentencing hearing and reschedule it for Thursday, August 6, 2015, at 10:00 am.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the sentencing hearing currently set for Monday, August 3, 2015, at 10:00 am, be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that the sentencing hearing be reset for Thursday, August 6, 2015, at 10:00 am.

.      DATED June 9, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**