1   DANIEL J. ALBREGTS, ESQ.
Nevada Bar No. 004435
2   DANIEL J. ALBREGTS, LTD.
601 S. Tenth Street, Suite 202
3   Las Vegas, Nevada  89101
Tel:  (702) 474-4004
4   Fax:  (702) 474-0739
albregts@hotmail.com
5
*Attorney for Defendant LEON BENZER*
6

7

8                   **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

UNITED STATES OF AMERICA,      )      2:13-cr-0018-JCM-GWF
11                                              )      2:13-cr-0174-JAD-CWH
              Plaintiff,                        )
12                                              )
v.                                              )      **STIPULATION TO CONTINUE**
13                                              )      **THE TIME WITHIN WHICH TO**
LEON BENZER,                                    )      **FILE THE OBJECTIONS TO THE**
14                                              )      **PRESENTENCE INVESTIGATION**
              Defendant.                        )      **REPORT AND SENTENCING**
15   _____)      **MEMORANDUM**

16          **IT IS HEREBY STIPULATED AND AGREED**, by and between Andrew Weissmann,

17   Chief, U.S. Department of Justice, Criminal Division, Fraud Section, and Charles La Bella, Deputy

18   Chief, counsel for the United States of America, and Daniel J. Albregts, Esq.,  counsel for defendant

19   LEON BENZER, that the time within which to file the objections to the Presentence Investigation

20   Report and Sentencing Memorandum from Thursday, July 30, 2015 to Monday, August 3, 2015.

21          This stipulation is entered into for the following reasons:

22          1. As alluded to in budgeting documents submitted to the Court, there was a distinct division

23   of labor between co-counsel for Benzer.  Specifically, attorney Franny Forsman was assigned the

24   task of preparing and writing the sentencing memorandum in anticipation of the sentencing hearing.

25   Thus, Ms. Forsman has focused her attention on this task while attorney Albregts has been preparing

26   other matters related to the sentencing hearing.

27          2. On Sunday, July 26, 2015 Ms. Forsman's father passed away.  Ms. Forsman was the only

28   remaining relative of her father who could deal with the coroner and other issues related to his death.

As a result, Ms. Forsman had to travel to Northern California and was unable to work on the

sentencing memorandum during this time.

3. Ms. Forsman has returned to Las Vegas and continues to diligently work on the sentencing memorandum.  However, as a result of her father's death and responsibilities related to that, she is unable to complete the sentencing memorandum and have it filed by the currently scheduled date of Thursday, July 30, 2015.

4. This brief continuance will allow the defense sufficient time to adequately prepare and file the defendant's objections to the Presentence Investigation Report and the sentencing memorandum while allowing the sentencing to occur on the currently scheduled date.

5. Failure to grant this request could result in a miscarriage of justice.  Further, this request is not made for the purposes of delay but is simply made as a result of the unforeseeable death of Ms. Forsman's father and the work attendant to deal with that situation.

6. Defense counsel has spoken with government counsel and outlined some of the issues which will be raised in the sentencing memorandum so that government counsel is at least aware of issues that will be raised.  They therefore should have adequate time to prepare to address the issues raised in the sentencing memorandum at the time of the currently scheduled sentencing hearing.

DATED this 30th day of July, 2015.

ANDREW WEISSMANN                          DANIEL J. ALBREGTS, LTD.
Chief, U.S. Department of Justice
Fraud Section, Criminal Division


 /s/ Charles La Bella                            /s/ Daniel J. Albregts
CHARLES LA BELLA                           DANIEL J. ALBREGTS, ESQ.
Deputy Chief, U.S. Dept. Of Justice          Counsel for Defendant BENZER
Criminal Division, Fraud Section

- 2 -

1
2
3
4
5

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

6

UNITED STATES OF AMERICA,           )   2:13-cr-0018-JCM-GWF
                                    )
7                Plaintiff,         )
                                    )
8   v.                              )
                                    )
9   LEON BENZER,                    )
                                    )
10               Defendant.         )
    _____)

11

**ORDER**

12

Based upon the attached Stipulation of the parties, and good cause appearing,

13

**IT IS THEREFORE ORDERED** that defendant Benzer shall have until Monday, August

14   3, 2015 within which to file objections to the Presentence Investigation Report and Sentencing

15   Memorandum.

16      DATED July 30, 2015.

17

18   _____
     UNITED STATES DISTRICT JUDGE

19
20
21
22
23
24
25
26
27
28