**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiffs, | ) Case No. 2:13-cr-00018-JCM-GWF |
| vs. | ) **ORDER** |
| LEON BENZER, *et al*. | ) |
| Defendants. | ) |

This matter is before the Court on Daniel J. Albregts Motion to Withdraw as Counsel for Leon Benzer (#741), filed on August 17, 2015.

Counsel represents that has discussed his withdrawal with Defendant Benzer, and that the Defendant has agreed to be represented by the Federal Public Defender on appeal. Counsel further represents that the Federal Public Defender has determined that no conflict exists and that the office will accept an appointment in this matter. The Defendant continues to be eligible for the appointment of counsel under the Criminal Justice Act. Good cause appearing, the motion will be granted. Accordingly,

**IT IS HEREBY ORDERED** that Daniel J. Albregts' Motion to Withdraw as Counsel for Leon Benzer (#741) is **granted**.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office is hereby appointed to represent Defendant Leon Benzer on appeal of this matter.

**DATED** this 18th day of August, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge