RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
WENDI L. OVERMYER
Assistant Federal Public Defender
State Bar No. 9532
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
wendi_overmyer@fd.org

Counsel for Leon Benzer

**United States District Court**

**District of Nevada**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Leon Benzer,<br><br>Defendant. | Case Nos. 2:13-cr-00018-JCM-GWF-1<br>　　　　　 2:13-cr-00174-JCM-GWF<br><br>**Unopposed Motion for Extension of Sentencing Briefing Deadlines (First Request)** |

**Certification**: This motion is timely filed under Local Rule 6-1.

Defendant Leon Benzer, through counsel, moves this Court to continue the remaining sentencing briefing deadlines for 7 days. Currently, Mr. Benzer's response to the government's sentencing brief is due July 9, 2018, and the government's reply to Mr. Benzer's response is due July 27, 2018. ECF 838. The sentencing hearing is currently scheduled for August 10, 2018. ECF 838. The requested 7 day extension will not impact the scheduled sentencing date. This is the first request to extend the sentencing briefing deadlines.

On June 28, 2018, undersigned counsel contacted government counsel, who agrees to this motion. Also on June 28, 2018, undersigned counsel spoke with Mr. Benzer, who agrees to the extension. In light of the July 4th holiday, the extension is necessary to gather additional information and consult with Mr. Benzer regarding his response, and to allow the government adequate time to reply to Mr. Benzer's response.

| | |
|---|---|
| 1 | Therefore, Mr. Benzer moves this Court to extend the remaining sentencing |
| 2 | briefing deadlines by 7 days, with his response to the government's sentencing brief to |
| 3 | be due July 16, 2018, and the government's reply to be due August 3, 2018. A proposed |
| 4 | order is attached, pursuant to Local Rule 6-2. |
| 5 | DATED July 2, 2018. |
| 6 | Respectfully submitted, |
| 7 | |
| 8 | RENE L. VALLADARES<br>Federal Public Defender |
| 9 | |
| 10 | By /s/ Wendi L. Overmyer<br>WENDI L. OVERMYER |
| 11 | Assistant Federal Public Defender |
| 12 | Counsel for Leon Benzer |

| | |
|---|---|
| 1 | **Service Certificate** |
| 2 | The undersigned hereby certifies she is an employee of the Federal Public |
| 3 | Defender for the District of Nevada and is a person of such age and discretion as to be |
| 4 | competent to serve papers. |
| 5 | That on, July 2, 2018, she served a copy of the above and foregoing **Unopposed** |
| 6 | **Motion for Extension of Sentencing Briefing Deadlines** by electronic service (ECF) |
| 7 | to all parties of record including the persons named below: |

SANDRA MOSER
Acting Chief, U.S. Department of Justice
Fraud Section, Criminal Division
ALISON L. ANDERSON
ANKUSH KHARDORI
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530

　　　　　　　　　　　　　　　　*/s/ Cecilia Valencia*
　　　　　　　　　　　　　　　　Employee of the Federal Public Defender

# United States District Court

# District of Nevada

United States of America,

    Plaintiff,

    v.

Leon Benzer,

    Defendant.

Case Nos. 2:13-cr-00018-JCM-GWF-1
2:13-cr-00174-JCM-GWF

**Order**

It is ordered that the remaining sentencing briefing deadlines be vacated and continued by 7 days:

1. The Defendant will file his response by July 16, 2018.
2. The Government will file its reply, if any, by August 3, 2018.

IT IS SO ORDERED.

Dated July 11, 2018.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE