ALISON L. ANDERSON
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-1682

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 2:13-cr-00018-JCM-GWF |
| LEON BENZER, | **JOINT STIPULATION FOR CONTINUANCE OF SENTENCING** |
| Defendant. | |

**JOINT STIPULATION FOR CONTINUANCE OF SENTENCING**

By and through counsel, the Defendant, Leon Benzer, and the Government, stipulate to the continuance of the Defendant's sentencing hearing from August 10, 2018 to August 17, 2018 at 10:00 a.m. The parties request this because the Defendant is in custody and the Marshals have advised that the Defendant will not be transferred to Las Vegas until the afternoon of August 16th.

DATED this 7th day of August, 2018.

Respectfully submitted,

SANDRA M. MOSER
Acting Chief
United States Department of Justice,
Criminal Division, Fraud Section

1

```
                            /s/ Alison L. Anderson
                            ALISON L. ANDERSON
                            Trial Attorney
                            United States Department of Justice
                            Criminal Division, Fraud Section

                            /s/ Wendi Overmyer
                            WENDI OVERMYER
                            Counsel for Defendant Leon Benzer
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEON BENZER,<br><br>Defendants. | CASE NO. 2:13-cr-00018-JCM-GWF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that this pleading was filed with the clerk of court via ECF and will be served electronically via ECF on all parties that have entered their appearances in this case.

Dated: August 7, 2018

SANDRA M. MOSER
Acting Chief
United States Department of Justice,
Criminal Division, Fraud Section

*/s/ Alison L. Anderson*
ALISON L. ANDERSON
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-cr-00018-JCM-GWF |
| ) | |
| LEON BENZER, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon stipulation of the parties, it is hereby ORDERED that the sentencing hearing for Defendant Leon Benzer be continued from August 10, 2018 until August 17, 2018 at 10:00 a.m.

DATED August 9, 2018.

_____
The Honorable James C. Mahan