UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:13-CR-18 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| LEON BENZER, et al., | |
| Defendant(s). | |

Presently before the court is Assistant Federal Public Defender Katherine Tanaka's motion to withdraw as attorney of record and for appointment of CJA counsel. (ECF No. 924). Ms. Tanaka moved to withdraw because an irreconcilable conflict arose between defendant Leon Benzer and the FPD's office when he filed a § 2255 motion alleging ineffective assistance of counsel against the FPD. *Id.*; (*see also* ECF No. 922).

Good cause appearing, the court grants Ms. Tanaka's motion to the extent she seeks to withdraw. However, the court has already denied Benzer's compassionate release motion for which Ms. Tanaka sought appointment of CJA counsel. (ECF No. 926). Accordingly, the court denies the request for appointment of CJA counsel as moot.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    Accordingly,

2    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Ms. Tanaka's motion to
3    withdraw as attorney of record and for appointment of CJA counsel (ECF No. 924) be, and the
4    same hereby is, DENIED in part as moot and GRANTED in part, consistent with the foregoing.

5    DATED June 19, 2020.

6    _____
     UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**