ALISON L. ANDERSON
Assistant Chief
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 598-2929

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 2:13-cr-00018-JCM-GWF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEON BENZER, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S REQUEST TO EXTEND DEADLINE FOR FILING ITS RESPONSE TO DEFENDANT BENZER'S 2255 MOTION TO VACATE**

The United States requests an extension of its deadline to file a response to Defendant Benzer's 2255 Motion to Vacate (Doc. No. 922) for two weeks until July 17, 2020.  The Government's request is based upon the following:

1.    The current deadline is a federal holiday, July 3, 2020;

2.    This is the Government's first request for an extension;

3.    Government counsel needs the additional time in order to thoroughly respond to Defendant Benzer's 2255 Motion to Vacate which is pro se, lengthy, and involves multiple issues.

Respectfully submitted,

ROBERT ZINK
Chief, U.S. Department of Justice

1

8

Fraud Section, Criminal Division

9

*/s/ Alison L. Anderson*
ALISON L. ANDERSON

10

Assistant Chief, U.S. Dept. of Justice

11

Criminal Division, Fraud Section

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,                )
                                         )          CASE NO. 2:13-cr-00018-JCM-GWF
                   Plaintiff,            )
                                         )
            v.                           )
                                         )
LEON BENZER,                             )
                                         )
                   Defendant.            )

**PROPOSED ORDER**

Upon consideration of the Government's Request to Extend Deadline for Filing Its Response

to Defendant Benzer's § 2255 Motion to Vacate (Doc. No. 922), IT IS SO ORDERED that

the Government's Deadline to file its response to Defendant Benzer's § 2255 Motion to

Vacate is extended until July 17, 2020.

_____
The Honorable James C. Mahan

Dated: July 2, 2020.