AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Respondent,

v.

LEON BENZER,

        Movant.

JUDGMENT IN A CIVIL CASE

Civil Case No.: 2:20-cv-00998-RTB

(Criminal Case No: 2:13-cr-00018-RTB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision

**IT IS ORDERED AND ADJUDGED**

Movant's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED. IT IS FURTHER ORDERED that defendant is denied a certificate of appealability.

8/19/21
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk